UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAFAEL RAMOS and PATRICIA ASARO,
individually and on behalf of all others similarly
situated,

                Plaintiffs,

   - against -                              **JUDGMENT**
                                                      CV 17-7593 (ADS)(SIL)

CLIENT SERVICES, INC.,

                Defendant.
-------------------------------------------------------------X

     An Acceptance of Offer of Judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure having been filed by Plaintiffs Rafael Ramos and Patricia Asaro, accepting the offer of Defendant to have judgment entered against itself in favor of plaintiffs Rafael Ramos and Patricia Asaro in the sum of $2,002.00, together with cost of $496.50, plus attorneys' fee in an amount agreed to by the parties or otherwise set by the Court, it is

     **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs Rafael Ramos and Patricia Asaro and against Defendant Client Services, Inc., the principal amount of $2,002.00, together with cost of $496.50, totaling $2,498.50, plus attorneys' fee in an amount agreed to by the parties or otherwise set by the Court; and that this case is closed.

Dated:  Central Islip, New York
          March 8, 2018

                                                              DOUGLAS C. PALMER
                                                              CLERK OF THE COURT

                                        By:    /s/ James J. Toritto
                                                    Deputy Clerk